## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

RENATO WATCHES, INC.
a Florida Corporation,

    Plaintiff,

v.

HOWARD BERNSTEIN,
an individual,
DOES 1-10

    Defendants.

**08-60884**

**CIV-COHN**

Case No.:

MAGISTRATE
SELTZER

FILED BY _____ D.C.

JUN 1 0 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COMPLAINT FOR PRODUCT DISPARAGEMENT/TRADE LIBEL

Plaintiff, Renato Watches, Inc. (hereinafter referred to as "Renato Watches"), a Florida corporation, files this Complaint against Defendant, Howard Bernstein (hereinafter referred to as "Bernstein") and Does 1-10, and asserts:

## THE PARTIES

1.    Renato Watches is a Florida corporation, with a principal address of 14051 NW 14th Street, Sunrise, Florida 33323. Since at least as early as July 7, 2005 Renato Watches has primarily been in the business of producing and selling quality watches.

2.    Defendant, Bernstein resides at 514 Townwood Drive, Albany, New York 13303. Upon information and belief his email address is hbernste@nycap.rr.com. Upon information and belief, Bernstein also uses the online nickname "Irishlady" when posting the offending statements on line.

3.    Does 1-10 are, upon information and belief, employers of Bernstein, or otherwise entities or individuals who are competitors of Renato and who are working in concert with Bernstein to published libelous statements about Renato's products.

## JURISDICTION AND VENUE

4.    This is a claim for Product Disparagement/Trade Libel under the Lanham Act, thus this Court has subject matter jurisdiction pursuant to 15 U.S.C. §1125 et al.

5.    Upon information and belief, Bernstein has substantial personal and business contacts in the State of Florida, and as such this Court may exercise personal

jurisdiction over him. Moreover, Bernstein's actions have had a substantial and damaging effect on Renato Watches in Florida and specifically in the Southern District of Florida.

## FACTUAL BACKGROUND

6.     Since at least July of 2005, Renato Watches has been in the business of producing and selling quality watches.

7.     Renato Watches designs its watches with a completely new look that distinguishes it from the "cookie cutter" designs of the watch industry.

8.     Renato Watches crafts its watches from only high grade components such as 316L Stainless steel, Sapphire Crystal, exotic and Swiss Made movements

9.     Renato Watches is constantly progressing, creating new and bold designs to set its watches apart from the crowd.

10.     Some of Renato Watches most commercially successful watches are diamond adorned with over 200 hundred small diamonds. These watches present a very dramatic and much sought after product.

11.     Renato Watches primarily markets its products via its website located at URL www.renatowatches.com and via on air television via ShopNBC. Renato Watches are also promoted and offered for sale on www.shopnbc.com. See Composite Exhibit A.

12.     Renato watches manufactures and sells a variety of high end watches, some of which are adorned with diamonds.

13.     For instance, Renato Watches manufactures and sells the diamond adorned "RENATO BEAST® constructed from solid 316L stainless steel.  It contains an embossed crown and a case back with the original Renato Collezioni logo, a finely finished and scaled texture dual deployment clasp and fine Swiss movements.  It is not only unique in design and dual variations, but also is a prestigious sports watch that is water resistant up to 10 atm.

14.     Renato Watches also manufacturers and sells the "WILDE-BEAST®". This watch has customized slanted bezels to view diamonds from every angle, as well as a signature number 8 "pave" on every dial.  The embedded diamond crowns are made with a range of VS clarity G colored diamonds as well as accented genuine cabochon pushers.  It also has a Swiss made sapphire crystal with 6 layers of anti reflective coating.

2

and Swiss made ETA G15 movement.

15.     As such, Renato Watches has acquired a reputation for providing unique and high quality watches at a reasonable price. Such reputation is the cornerstone of Renato Watches' business and has lead Renato Watches to develop a loyal base of regular customers who are primarily responsible for Renato Watches' continuing growth and success.

16.     In fact, Renato Watches keeps records of customer comments regarding their satisfaction with the products purchased through ShopNBC. These records are based on customer surveys in which customers are asked to rank their satisfaction with their Renato Watches purchase on a scale of 1 to 5 with 5 being the highest level of satisfaction. The customers are then given an opportunity to comment on their purchase or to explain their reason for the ranking they gave. Of the nearly 300 reviews detailed in a February 20, 2008 report, most consumers surveyed ranked their level of satisfaction with their Renato Watches as 5 out of 5, the highest possible ranking.

17.     Some of the individual customer comments noted in the same report include:

- "Beautiful Diamonds, great sparkle;"
- "A bargain for the quality of diamonds you get;"
- "Finest example of high end watch making;"
- "Diamond are first rate;"
- "Some diamonds even rated better than VS G, appraised for higher than Renato's appraisal;"
- "Diamonds are Spectacular, BLING BLING BLING all over;"
- "Diamonds are remarkable in quality;"
- "Diamonds are of the highest grade and quality;"
- "$1800 per carat to match color and quality of diamonds, well above selling price;"
- "I have never seen a watch that sparkles so brilliantly;"
- "Everyone stops to ask about my watch and asks how much I paid, when I tell them, they don't believe me because they expect it to be at least triple;"
- "Beautiful Diamonds, great sparkle;"
- "The size of the diamonds are large and really stand out;"
- "The diamonds sparkle brilliantly;"
- "The quality of the diamonds alone made this watch stand apart from the others in my collection;"
- "Eye popping diamonds;"

- "A wow factor with the bright shiny diamonds adds to this to make it truly become a piece of bling bling;"
- "The diamonds are extraordinary;"
- "The quality of the diamonds is second to none;"
- "The sparkling diamonds are breath taking;"
- "The diamonds are very clean with a lot of fire and sparkle;"
- "The diamonds are really outstanding;"
- "The diamonds are wonderful, as advertised, white, bright, clean, beautiful;"
- "The diamonds are very clear and give off a gorgeous rainbow of colors when wearing this watch;"
- "This watch has a HUGE diamond presence;"
- "You definitely have the three "Cs" here, color, clarity and cut;"
- "The diamonds on this watch flash like a disco ball;"
- "The diamonds and craftsmanship are impeccable;"
- "It puts my other diamond watches to shame;"
- "The diamonds live up to their specifications;"
- "The quality of the diamonds make this watch sparkle so beautifully;"
- "Diamonds are what Daniel says they are;"
- "The sparkle from the diamonds is mesmerizing;"
- "The diamonds are what you would expect in a watch that costs at least 3 times as much;"
- "The diamond quality is phenomenal;"
- "My jeweler commented on the amazing quality, especially of the diamonds;"
- "The diamonds add a nice touch and sparkle day and night so I do notice the upgraded color;"
- "The diamonds are of good quality and add lots of sparkle and dazzle;"
- "Spectacular, clear, white sparkly diamonds;"
- "The diamonds pop;"
- "The diamonds sparkle like fireworks;"
- "The diamonds (as always) are amazing;"
- "The diamond 8 really stands out;"
- "The quality of the diamonds used is obvious, they sparkle like crazy;"
- "The exceptional quality is definitely there;"
- "Sparkle, Sparkle everywhere;" and
- "I own other diamond watches, but the WildeBeast Beauty put them all to shame, it sparkles beyond belief."

18.     As evidenced from customer reaction, the quality and value of Renato Watches and the diamonds placed on those watches is considerable.

19.     Further, the reputation for quality and value that Renato Watches enjoys is crucial to its business.

20.     Recently, Bernstein has made many misleading and factually false statements regarding the quality of Renato's watches on a variety of the most widely accessed Internet discussion forums. These libelous statements presumptively stem from Bernstein's "expert examination" of the diamonds appearing on Renato's diamond adorned watches. See Composite Exhibit B

21.     These statements begin innocently wherein Defendant Bernstein explains that he purchased a gentlemen's "RENATO WILDE-BEAST"® watch from ShopNBC. The watch contained 2.45cts of round diamonds which are G colored and VS clarity. See Composite Exhibit B.

22.     Defendant Bernstein, represents that he is a graduate of the Gemological Institute of America ("GIA") with thirty (30) years of loose diamond buying and grading experience.   Couched in his "expert" opinion, Bernstein states that he examined the diamonds with a 10x Diamond grading, corrected, Bausch and Lomb loupe.   See Composite Exhibit B.

23.     Upon inspection of the diamonds, out of the Two Hundred and Thirty Six (236) diamonds, Defendant Bernstein claims that at least forty (40) were worse clarity than VS and that at least twenty (20) diamonds were visibly tinted yellow.   See Composite Exhibit B.

24.     After exchanging the watch, Defendant Bernstein again examined the diamonds and stated that at least twenty (20) diamonds were worse clarity than VS and an equal number were not G color.

25.     Subsequently, Defendant Bernstein also published an article on RipOff Report (www.ripoffreport.com) alleging that the diamonds used by Renato are of poor quality and not of VS clarity and G color. See Composite Exhibit B.

26.     Upon information and belief, Bernstein has published similar statements on www.shopnbc.com under the pseudonym "Irishlady".  See Composite Exhibit B.

27.     Upon information and belief, Bernstein has published similar statements on other online watch forums such as www.bdwf.net (the Best content Driven Watch Forum online). See Composite Exhibit B.

28.     Upon information and belief, Bernstein has published similar statements on other online watch forums such as www.betterbusinessbureau.com.  See Composite

Exhibit B.

29.     Bernstein states that some of the diamonds are Si1.  His statement to this effect gives the everyday consumer the belief that the diamonds are not within industry standards.

30.     However, in fact, diamond grading, particularly as it applies to small "pointer" diamonds is extremely subjective in nature.   In fact, the diamond and gemological industry experts recognize the subjective nature of the diamond grading practice and allow for some tolerances in diamond grades.  For instance, industry experts allow for one (1) degree of tolerance in diamond clarity, thus, it is acceptable for some diamonds listed as VS to be in fact Si1.  Moreover, industry experts allow for up to two (2) degrees of tolerances in diamond color.  See Exhibit C.

31.     If Bernstein was in fact a diamond "expert" he would have included such statements about industry tolerances in color and clarity.  Rather, Bernstein willfully and knowingly published a variety of letters and comments in online forums with the intention to injure Renato's business reputation by causing or attempting to cause consumers to believe that Renato Watches are not only inferior in quality (which they are not) but also that Renato Watches has attempted to deceive the consuming public (something that Renato Watches has not and would not do).

32.     Upon information and belief, Defendant Bernstein knows or has reason to know that such statements will likely result in inducing others not to purchase watches from Renato Watches.

33.     Upon information and belief, Defendant Bernstein's published comments are specifically aimed at diverting customers from purchasing watches made by Renato Watches.

34.     Upon information and belief, these false statements published by Defendant Bernstein have and are currently playing a material and substantial part in inducing potential customers not to deal with Renato Watches.

35.     Defendant Bernstein's and/or Does 1-10's false statements regarding the quality of Renato Watches' products has and will cause continuing irreparable harm by confusing customers as to the quality of the goods and services offered by Renato Watches, by diverting sales, and by damaging the substantial good will which Renato

Watches has acquired.

36.     Renato Watches has immediately recognized a decline in sales of its diamond watches as a direct result of Bernstein and/or Does 1-10 injurious falsehoods.

37.     As a result of the publication of such injurious falsehoods Shop NBC, Renato Watches' main avenue for sales, temporarily required Renato Watches to remove any and all references to diamond color and clarity.

38.     As a result, Renato Watches incurred substantial costs associated with changing of the case backs. For instance, ShopNBC requested that Renato Watches replace approximately $650,000 of inventory that bearing inscribed case backs. Further expenses were incurred by Renato associated with this.

39.     Such changes were made in an effort to appease ShopNBC only. Renato Watches stands by its representations of the range of color and clarity of the diamonds found on its diamond watches.

40.     Renato Watches has recently noticed a significant amount of negative commentary on the Internet, namely on important watch forums, concerning Bernstein's libelous comments tending to show that such comments have seriously diminished Renato Watches' reputation. See Composite Exhibit D.

41.     For example, one commentator on www.watchgeeks.net going by the name Zodiac noted that in his opinion:

> [m]ost here are aware of Renato no longer inscribing the case-backs of their diamond pieces with diamond grades, ie: color/clarity. This obviously seems to stem from 'Howard from Albany's' Rip-Off-Report. He claims that as part of his settlement/terms with ShopNBC and Renato, they can no longer claim G color VS clarity diamond use on their watches. By virtue of Renato Succumbing to his demands, it would appear that there is some veracity to his claims.

See Composite Exhibit D.

42.     Another commentator on the same website going by the name Boscoe wrote that he "believe[s] the brand has taken a major hit" due to Bernstein's libelous comments. Id.

43.     Another commentator posting on www.bdwf.net stated in relation to this issue that "…damage to the brand reputation has been done as well as the conduct of their sole source of distribution –ShopNBC." See Composite Exhibit D.

44.    These comments are only a few of the many examples of statements by actual and/or potential Renato Watches consumers which evidence substantial injury to Renato Watches reputation for high quality and value watches.

## COUNT I –
## PRODUCT DISPARAGEMENT/TRADE LIBEL

45.    Renato Watches realleges and reavers the allegations of paragraphs 1 through 44 as if fully set forth herein.

46.    Renato Watches only uses the finest range of VS clarity G colored diamonds in their diamond adorned watches.

47.    Defendant Bernstein, and/or Does 1-10 published the knowingly false statement(s) that Renato Watches, specifically the "RENATO WILDE-BEAST"® does not contain Two Hundred and Thirty Six diamonds (236) that are in the acceptable range of industry standards of G colored and of VS clarity.  These injurious falsehoods have and continue to cause damage to Renato Watches.

48.    If such injurious falsehood statement were not made knowingly, they were made in reckless disregard of the truth, such that an "expert" such as Bernstein, as he claims to be, knew or should have known that the statements were false.

49.    Defendant Bernstein and/or Does 1-10 published this false statement to third parties, namely, on www.ripoffreport.com.

50.    Defendant Bernstein and/or Does 1-10 published this false statement to third parties, namely, on www.watchgeeks.net, or other similar online watch forums.

51.    Defendant Bernstein and/or Does 1-10, operating under the pseudonym "Irishlady" published this false statement to third parties, namely, on www.shopnbc.com.

52.    Defendant Bernstein and/or Does 1-10, published this false statement to third parties, namely, on www.betterbusinessbureau.com.

53.    Defendant Bernstein and/or Does 1-10 knows or has reason to know that the publication of such a false allegation is likely to result in inducing other potential consumers not to purchase watches from Renato Watches.

54.    Such false statements as those made by Defendant Bernstein and/or Does 1-10 above regarding the quality of diamonds in a watch play a material and substantial part in inducing potential consumers not to purchase watches from Renato Watches.

55. As a result of said false statements and allegations, Renato Watches has and will continue to suffer general and special damages by way of diverted sales and damage to the substantial good will which Renato Watches has acquired.

**WHEREFORE**, Plaintiff, Renato Watches respectfully requests that this Court enter a judgment in its favor and against Defendant Howard Bernstein and/or Does 1-10 for at least $1,000,000 representing Damages suffered by Renato Watches, Renato Watches' cost and attorneys' fees in pursuing this action, and for such additional relief as this Court deems just and proper.

**WHEREFORE**, Plaintiff, Renato Watches respectfully requests that this Court enter judgment in its favor and against Defendant Howard Bernstein and/or Does 1-10 for damages suffered by Renato Watches estimated conservatively at $1,000,000, for Renato Watches' cost in pursuing this action, and for such additional relief this Court deems just and proper.

Dated: June 10, 2008

Respectfully submitted,

By: _____

Scott W. Rothstein,
Florida Bar No. 765880
Email: srothstein@rra-law.com
Frank Herrera
Florida Bar No. 494801
Email: fherrera@rra-law.com
Lisa N.Kaufman
Florida Bar No. 263257
Email: lkaufman@rra-law.com
Gustavo Sardiña
Florida Bar No. 31162
Email: gsardina@rra-law.com
JanPaul Guzman
Florida Bar No.: 16064
Email: jpguzman@rra-law.com
ROTHSTEIN ROSENFELDT ADLER
401 East Las Olas Blvd., Suite 1650
Fort Lauderdale, Florida 33301
Telephone: (954) 522-3456
Facsimile: (954) 527-8863

**Counsel for Plaintiff**

# EXHIBIT A




**ShopNBC**

**NEW!** | 1 Hour Auctions ▶          Order Status | My Account | Help | Cart 🛒 0 Items

Sign In/Register

SEARCH: [enter item # or keyword]   Go

**Refine your results**

Order: 800-884-2212

Women's

**Strap / Bracelet**
Alligator
Rubber
Stainless Steel
Titanium

**Accessories**

**Shop All 'Watches'**

Clearance

**Price**
$50.00 to $199.99
$200.00 to $499.99
$500.00 to $999.99
$1,000.00 to $1,999.99
More than $2,000.00

**On TV**
Renato Watches
Time For Fashion

**Quick Links**
Our Top Value
On Air Today
Week in Review
Program Guide
Watch Us Live

Home > Watches > Renato

RENATO   with Daniel Mink
🔒 HACKER SAFE   Original masterwork timepieces
TESTED   10-JUN

About the Collection | Items | Shows

**Renato**   (103 items found)          Small view ▶

Displaying items 1 - 16 of 103          Items per page: 16 32 64 96

1  2  3  4  5  Next          Sort by: Top Sellers

**Top Sellers**



Renato Men's T-Rex Diamond Collection
Rubber Strap Watch
**Your price: $3,999.95**

Renato Men's or Women's Wilde-Beast
Rubber & Stainless Steel Bracelet Watch
**Clearance: $449.97**



Renato Men's T-Rex
Titanium Collection Watch
**Your price: $649.95**



Renato Women's Wilde-
Beast Diamond Alligator
Strap Watch
**Your price: $1,799.95**



Renato Women's Wilde-
Beast Diamond Stainless
Steel & Rubber Watch
**Your price: $1,699.95**



Renato Men's Vulcan
Collection Stainless Steel
Rubber Strap Watch
**Your price: $579.96**



Renato Men's Wilde-Beast
Hybrid Stainless Steel &
Rubber Bracelet Watch
**Your price: $499.98**



Renato Men's Beast
Stainless Steel Rubber
Strap Watch
**Your price: $349.98**



Renato Men's Beast
Stainless Steel Black
Rubber Strap Watch
**Your price: $349.98**



Renato Women's Beauty
1.60ct Diamond Stainless
Steel Watch
**Clearance: $999.96**



Renato Men's Vulcan
Stainless Steel Watch
**Your price: $649.96**



Renato Men's Stallion
Stainless Steel Watch
**Clearance: $599.96**



Renato Men's Stallion
Gunmetal Stainless Steel
Watch
**Clearance: $549.96**



Renato Men's Vulcan
Chronograph Black IP
Stainless Steel Watch
**Your price: $649.96**






| Renato Women's Beauty Rubber Strap Watch | Renato Men's Cyclops Alligator Strap Watch | Renato Men's Stallion Skeleton Stainless Steel Watch | Renato Men's T-Rex Rubber Collection Stainless Steel Watch |
|---|---|---|---|
| Your price: $599.95 | Sale price: $499.98 | Your price: $999.95 | Sale price: $499.98 |

1   2   3   4   5   Next

Sort by:   Top Sellers

---

Sign up for ShopNBC E-Mail   Your E-Mail Address   [Go]

ShopNBC Credit Card | Speed Shopping™ | E-Mail Subscriptions | Our Hosts | Shopping Guides | Customer Service | Recall Notice

About Us | Careers | Investor Relations | Vendors | Affiliates | Terms of Use | Privacy | Protection Plan | Site Map

**ShopNBC.com**
Be Good To Yourself.

    

SHOP OUR CATEGORIES

| JEWELRY | WATCHES | HOME | COMPUTERS | BEAUTY | APPAREL | HEALTH | COINS |
|---|---|---|---|---|---|---|---|
| DIAMONDS | CROTON | BEDDING | DESKTOPS | PRAI | HANDBAGS | FITNESS EQUIPMENT | COINS |
| EARRINGS | INVICTA | HOME DÉCOR | GPS | ISOMERS | JACKETS | ELLIPTICALS | DOLLAR COINS |
| NECKLACES | RENATO | LAMPS | IPOD | DR COPELAND | PANTS | PILATES | COIN JEWELRY |
| RINGS | TAG HEUER | TABLEWARE | LAPTOPS | SENNA | PAMELA McCOY | TREADMILLS | PROOF & MINT |
| GOLD | MEN'S WATCHES | | | PUR MINERALS | | | |
| SILVER | WOMEN'S WATCHES | | | | | | |
| GEMSTONES | | | | | | | |

©2008 ShopNBC. All rights reserved. All trademarks, service marks and logos are owned by or registered to ShopNBC or the
National Broadcasting Company, Inc. All other product or brand names are trademarks of their respective owners.

ShopNBC
6740 Shady Oak Road, Eden Prairie, MN 55344

# EXHIBIT B

Register to File a Report  |  Login  |  Help



by consumers, for consumers



Don't let them get away with it .. let the truth be known!

 Home       

 Home      

                                    Search

Browse Latest Reports  Use Advanced Search |


Ripoff Report Saves Consumers Millions ▷

Take a look at a few stories inspired by consumers filing Ripoff Reports.


Ripoff Reports' in the Media

You could be contacted by the media

Thank you emails from consumers around the world - millions saved

- Report: #316043
-

# Report: ShopNBC And Renato Watches

Category: Jewelry Stores

**ShopNBC And Renato WatchesShopNBC And Renato Watches THE DIAMONDS IN RENATO DIAMOND WATCHES ARE BEING MISREPRESENTED ON SHOP NBC EDEN PRAIRIEeden Prairie Minnesota**

# *UPDATE *UPDATE ..It's Your Money..I Have received MY MONEY BACK...

**Rebuttal Box**
**Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

**Victim of this person/company?**

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

 

## ShopNBC And Renato Watches

Phone:
Fax:

6
7
4
0

S
h
a
d
y

O
a
k

R
o
a
d

E
d
e
n

P
r
a
i
r
i
e
,

N
a
t
i
o
n
w
i
d
e
,

5
5
3
4
4

U
.
S
.
A
.

**Submitted: 3/8/2008 2:03:54 PM**
Modified: 5/15/2008 8:01:48 PM



H
o
w
a
r
d
a
l
b
a
n
y
,
N
e
w

Y
o
r
k



I purchased a gents diamond Renato WildeBeast watch from ShopNBC. The watch contained 2.45cts of round diamonds that ShopNBC and Renato watches told its audience were G color and VS clarity. I have been in the diamond business for 30 years and I am an expert when it comes to diamond grading. Because I have always wanted a diamond watch and because I liked the style presented by Renato and ShopNBC I decided to purchase the watch. I also know what the diamonds would cost me to purchase based on the claim of color and clarity and thought that the watch represented a fair value for my money.

When I received the watch I immediately took out my 10x diamond grading, corrected, Bausch and Lomb loupe to inspect the diamonds. Remember the diamonds were stated to be G color and VS clarity and that fact has been stamped on the case back of the watch by Renato Watches. To my surprise out of the 236 diamonds set into the watch at least 40 were worse clarity than VS, either Si2 or I1 and there at least 20 diamonds

that were visibly tinted yellow.

I immediately contacted Renato Watches and spoke to their customer service department and finally to the owner of Renato Watches, Mr. Daniel Mink. The people at Renato were very concerned with my situation and immediately offered me a replacement watch as soon as I returned the defective watch. They sent me a Fed Ex shipping form and I sent the watch back. After seeing my watch Mr. Mink told me he was sending me another watch which he promptly did and apologized for the discrepancy in the diamond quality.

I received the second watch and to my dismay the diamonds were again not ALL G color and VS clarity. Though this watch was a bit better only about 20 diamonds were not VS and a similar number were not G color. When a piece of jewelry is sold based upon the quality of its stones ALL of the stones, NOT just most of the stones, MUST BE AS STATED, in this case G color and VS clarity.

I was extremely disappointed that the watch was not as described..2 times, not just once. The fact that I was paying almost 2K for the watch and not getting what was stated really made me sad and disillusioned.

The customer service rep at Renato contacted ShopNBC to advise them of the issue. A rep from the Presidents Office of ShopNBC called me to tell me what they were going to do about the return of the watch. He was sending me a Fed Ex label so that I could return the watch to their shipping

department. He also told me that he was waving the fact that the watch did not have a Mylar tag on it as is required by ShopNBC and also was extending the return period on the watch to allow for his shipping the label to me and then my returning the watch to ShopNBC.

However, and this boggles my mind, he never once apologized to me for the problem with the quality of the diamonds. The fact that I received 2 of these watches and neither were what was claimed by ShopNBC and Renato is totally upsetting. The reason for my upset is this...I am a diamond expert, I know what I am buying when it comes to diamonds. Sadly, the public has got to rely on the seller for stating the truth about the diamonds quality and in this case the consumers are being misled. When I spoke to Mr. Mink of Renato he was genuinely concerned about my issues and promised me that he would take care of it. Obviously if he is putting out a product that is not what actually G color and VS clarity his company can be opened to a lot of legal hassles.

I sent an email to the ShopNBC rep to explain my position on this matter and that ShopNBC owed it to its customers to check every piece of jewelry that they sell if they are representing the items to be an exact color and clarity. The email was sent on Jan. 30, 2008 and as of this writing @9:30pm on Jan.31, 2008. ShopNBCs representative, Douglas Rost contacted me on March 4, 2008 and told me that ShopNBC would no longer allow Renato Watches to be specific on the color and clarity of the diamonds they used in their

watches. He told me that they were removing ALL notations of exact color and clarity from their website and no longer would be mentioning specific color and clarity on TV. I made the error of believing him. On several TV shows on Thursday March 6, 2008 Renatos owner, Daniel Mink and various ShopNBC employees were mentioning specific color and clarity of their diamond watches. I had been assured by Mr. Rost that this practice would be stopped as of march 4, 2008.

I am writing this complaint in an attempt to help unsuspecting consumers of ShopNBC. They had better understand what they are buying and to question the qualities that are being represented by ShopNBC. The average consumer knows nothing about diamonds and is relying on ShopNBC to be honest and trustworthy in its statements that are allowed in the selling of their jewelry products. Buyer you had better beware because neither of the 2 watches I received from Renato and ShopNBC were fit to be called G color and VS clarity. I know this because I am a GIA Diamond Graduate with 30 years of loose diamond buying and grading.

As soon as I get the Fed Ex return label I will be sending the 2nd watch back to ShopNBC instead of Renato so that Renato, the producer of the watch, can examine the defective merchandise. When ShopNBC receives the watch I wonder what they will do with it?? Continue misrepresenting what they are selling or will they actually call Renato on this serious breach of faith with their customers.

The bottom line to all this is that both companies need to become more exacting in their quality control, and if they cannot improve they cannot represent exact grades of their diamonds. This is deceptive and totally unfair to the public.

I will update this letter when I receive my credit from ShopNBC and also if I hear from them in regard to my email which called upon them to change their deceptive practices whether intentional or not. Since I am buying the watch from ShopNBC it is up to them to stand behind the products they put up for sale. When their representative did not offer to make the situation right by providing me with exactly what I thought I was buying and now has failed to answer my email I feel that others should know and learn from my experience. I should not have to deal with misrepresentations from a company that should know better. Maybe they will learn from this.
I am returning the 2nd watch to ShopNBC for a refund on the value payments that have already been charged to my credit card. I have wasted many hours on phone calls, e mails and waiting to have 2 packages picked up by Fed Ex. The only saving grace is that I am not spending 2k on a watch that wasn't what it was supposed to be. Though I really did want the watch that I thought I was buying.

I have received all my money back from ShopNBC. The point now is that they are still allowing lies to be told about the diamond qualities that Renato Watches uses. These 2 companies are

making millions of dollars by selling watches to the public that contain diamonds that are lower in quality than represented. Something must be done to prevent this from continuing and to make ALL CONSUMERS AWARE OF THIS ONGOING FRAUD.

One other point, Renato Watches has the nerve to stamp the EXACT quality of the diamonds used on the casebacks of their watches. The fact that they do this further adds to the blatant misrepresentations of the diamonds that they use. If they are claiming a specific diamond color and clarity used than the quality MUST BE AT LEAST THAT QUALITY OR BETTER but certainly not lower quality than stated on TV and the casebacks.

Howard
albany, New York
U.S.A.

Click here to read other Rip Off Reports on Shop NBC



Do-it-              guide         

**Search for additional reports**

If you would like to see more Rip-off Reports on this company/individual, please use the search box below:

ShopNBC And Renato Watches

**In order to assure the best results in your search:**

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

## Rebuttal Box
## Respond to this report!

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

## Victim of this person/company?

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don´t let them get away with it!

## Repair Your Reputation

Got Reports filed against you? Resolve the issues and rebuild trust through our Corporate Advocacy Program.





# Updates & Rebuttals:

UPDATES & REBUTTALS

- Good Job Cory [3/8/2008 5:07:59 PM]
- ShopNBC and Renato Watches Mend Their Ways... Howard [5/12/2008 6:22:00 AM]
- Good Job II Cory [5/12/2008 7:51:18 PM]
- Cory: The reason I attempted to buy the watch Howard [5/14/2008 7:11:19 AM]
- We stand by our quality Renato Watches [5/15/2008 7:00:42 AM]

- <u>It's Your Money..I Have received MY MONEY BACK...</u>
  Howard [5/15/2008 7:48:10 PM]

## Consumer Comment

**Submitted: 3/8/2008 5:07:59 PM**
Modified: 3/8/2008 9:18:40 PM



**Cory**
San Antonio, Texas
U.S.A.

## Good Job

Good job Howard on pointing out some of the problems with this shopping <u>network</u>. I've posted a couple of times myself about some of these so called great deals here on this site. I've just never been foolish enough to purchase anything from them. I've wondered about the millons of folks who HAVE bought into their lines of crap. I've had a number of people bring their purchases into my shop and have had to give them the bad news that their wonderful purchase isn't the great buy that they were lead to believe. shopnbc will continue to sell the watches, they'll just change their wording. FTC tolerances allow one grade in clarity and two grades in color.

## Update by Author

**Submitted: 5/12/2008 6:22:00 AM**
Modified: 5/12/2008 11:35:19 AM



**Howard**
albany, New York
U.S.A.

## ShopNBC and Renato Watches Mend Their Ways...

As I stated in my original report I would post an update if these two companies did make the necessary corrections to their selling ways of Renato Watches,

The Renato Watch shows that were aired on ShopNBC at the end of April, beginning of May 2008 NO LONGER MENTIONED SPECIFIC COLOR AND CLARITY OF THE DIAMONDS that are used in their watches. All that was said during these presentations were that the diamonds are white and sparkling. Also it seems that all mention of specific color and clarity on the ShopNBC web site as well as the casebacks of the watches has also been removed.

My congratulations to both companies for removing this erroneous information about these watches. Finally consumers can decide to buy these watches based on the fact they contain white and sparking diamonds. That should serve consumers fairly. Let their eyes dictate what they consider to be white and sparkling without specifics as to the color and clarity which were exaggerated.

One other point. There is a watch chat site that gives information on watches. This site has had posts, made by some of its members, that stated that I was out for personal gain in this situation and that there was a 'settlement' of some type between these two companies and myself. Let me state for the record that I was ONLY out to stop the misrepresentations of the diamonds from continuing, and to receive the watch that I thought I was buying originally based on the claims made by the 2 companies. In no way was there any 'settlement', nor was there any effort to produce a watch for me that was as originally claimed..2.45cts of G color VS clarity diamonds. Had a replacement watch been offered to me that met the advertised criteria I would have been pleased to buy it for the price that I originally paid..$1,956.00. No offer was EVER made to produce THAT watch for me. And YES, if a company choses to use all quality of a certain grade in color and clarity it can be done. I know this because that is exactly what I was responsible for in my diamond buying, sorting, grading career. For those who think this exact sorting cannot be done just take a look at what Tiffanys produces and sells throughout the world.

It pleases me to know that I was able to stop these misrepresentations from continuing. There was NEVER any GAIN personally intended here. Nor was there any at all. Only to alert consumers to discrepancies in what they were being told they were buying and what they actually received. I received four Renato Diamond watches and none of them were as claimed. I returned them all, received all money back, and am still looking for a diamond watch.

End of story?? That is up to ShopNBC and Renato
Watches. As of this writing, May 11, 2008, they have
cleaned up their act and consumers benefit from that.

Howard

## Consumer Comment

**Submitted: 5/12/2008 7:51:18 PM**
Modified: 5/12/2008 8:32:11 PM



**Cory**
San Antonio, Texas
U.S.A.

## Good Job II

Howard, thanks for the update. However the only thing
that puzzles me is that you state that you've been in the
'business' for over thirth years. You and I both know we
wouldn't be buying off of shopnbc, unless of <u>course</u> you
were trying to prove a point to a customer. Which on an
off day, I've done so myself

## Update by Author

**Submitted: 5/14/2008 7:11:19 AM**
Modified: 5/14/2008 10:57:42 AM



**Howard**
Albany, New York
U.S.A.

## Cory: The reason I attempted to buy the watch

...As represented I knew what the diamonds would cost
me, I liked the style, I didn't care if anyone made
profit...which based on the diamond quality represented
was not an absurd amount.

I hadn't seen a diamond watch that I liked that was
'affordable' to what I wanted to spend. 5K plus was not
what I had in mind....and so I thought there was value
for money in the watch.

Lesson learned. End of story.

Will go the other way now....find a watch, buy an empty bezel, buy my own diamonds and have them set. More work for me...but I will get exactly what I want. Which is what I thought I was buying when this odyssey began.

## Employee Insider

**Submitted: 5/15/2008 7:00:42 AM**
Modified: 5/15/2008 7:21:53 AM



**Renato Watches**
Sunrise, Florida
U.S.A.

## We stand by our quality

Renato Watches takes this opportunity to thank all of its customers for the wide-spread success of Renato Watches over the past several years. The success of the brand is directly attributable to the quality of the products offered by Renato which is a result of listening to its customers.

Recently, Renato has become aware of concerns and comments about the quality of diamonds found on some Renato watches and the removal of our diamond information from the watch case backs. Renato welcomes the opportunity to address this issue just as Renato conducts all of its business, head on.

Approximately one year ago, Renato Watches decided to take the initiative to state our diamond quality on the case backs of our watches due to the fact that we are very confident and proud of the quality diamonds we utilize in our watches. Being the only watch company in the entire industry to do this, only recently did it draw some attention by the folks at Shop NBC as a potential issue. As a result, Shop NBC requested that no diamond information be stated on our watch case backs, at least temporarily, until this issue is fully reviewed and confirmed to be in compliance with the advertising guidelines of the FTC and industry practices.

We at Renato stand behind our diamond quality and any other quality factors we mention about our watches. The diamonds used in Renato Watches have always been and will always be the color and clarity we have stated and promised. Recently, there have been some very vague comments made about our diamond quality by a certain

individual with no evidence of credentials to make such statements with the apparent intention of trying to negatively impact our company. We would like to advise our customers that this is not an issue of significant concern. Renato has been built on the foundation of delivering to its customers what it promises and offering the finest in quality. In fact, don't just take our word for it, you will find that the independent reviews with regards to Renato Watches throughout the World Wide Web are always extremely positive and consistent.

We at Renato hope this letter will offer to you a sufficient explanation with regards to these recent issues. If you have any questions, please feel free to contact our offices at anytime for further explanation.

## Update by Author

**Submitted: 5/15/2008 7:48:10 PM**
Modified: 5/15/2008 8:01:48 PM



**Howard**
albany, New York
U.S.A.

# It's Your Money..I Have received MY MONEY BACK...

Renato can state whatever they wish. I have no reason to lie about this issue as all the money I spent has been refunded by SHOPNBC.

If you believe Renatos claims about their diamonds...it's your money...and you can do what you wish.

As for my comments...they were hardly vague. They were totally direct as to the shortcomings of the diamonds that I received in the four, 4, diamond watches that I had attempted to purchase. Had the diamonds BEEN AS RENATO REPRESENTED there would have been no reason to return any of these watches. My goal was to purchase diamond watches for myself as well as for my wife. And as for my credentials, I am a GIA Diamond Graduate with 30 years experience in buying, sorting and grading diamonds. I have traveled to Israel, and Antwerp to buy now retired. Certainly enough knowledge to allow me to distinguish the diamonds that were set into the four, 4, diamond Renato Watches that I attempted to buy. Enough knowledge to know for certain that ALL THE DIAMONDS in the Renato Watches that

were claimed to be G color and VS clarity were not of
that quality. Had several diamonds, been lacking in the
aforementioned color and clarity I would have never said
a word. However in the first watch received at least 40
diamonds were worse in clarity than VS, and 20 had a
yellowish tint which could never be G color. I informed
Mr. Mink of these exact numbers when I first spoke with
him.

Had the owner of Renato Watches, with whom I spoke,
made good to me on his claim of diamond quality, and
provided me with the watch that I thought I was buying
I would have never pursued this matter. But since he did
not make good on his claims of color and clarity in the
watches I received I felt compelled to let the consumers
of his watches know exactly what they were buying. That
is not said as a threat. It is said in the interest of doing
business the right way...honestly and ethically.

The fact that these watches have been reviewed
favorably by others is not my concern. I have no way of
knowing the reviewers credentials. However, I do know
mine. My concern was that the watches that I received
were not even close to the quality that was claimed by
Renato watches. I know enough about diamonds to feel
comfortable in the claims that I have made and I
challenge Renato Watches to provide me with the quality
that they claimed to use in their watches. If they cannot
do that then I submit to all consumers why would they
refuse to do that?? Because they truly don't care about
my issues. They make so much money on their watches
to unsuspecting consumers that they can afford to
dismiss my justifiable claims as being unimportant and
thought I would go away. Seems like ShopNBC did feel
my concerns were important enough to halt the claims
made by Renato Watches....it's really too bad for me
that Renato did not feel my claims had merit as they
could have made the situation right by me by making
me the watch they claimed they had made. I even
offered to send them my own diamonds to set for me
and they never responded to that fair offer either. But
they care about their customers??....Hmmmm.

One other point. I own 5 non-diamond Renato watches
and I am pleased with them. That is said to dismiss any
question of whether I am trying to do a hatchet job on
Renato Watches. I only want to buy what they promised
me that I was buying. That shouldn't be too much to
expect from such a reputable company, should it??

Renato states that they stand by their quality. What
quality is that exactly Renato?? Is it your version of G
color and VS clarity?/ I submit that you should provide

to your customers an individual diamond grading certificate from the GIA or the AGS,that states the exact color and clarity of the diamonds that you use in your watches. There are other labs, such as EGL and IGI, but the GIA is more credible. Sure it would cost your company more money to do this but aren't your customers worth it?? This way there would never be a person like me that could ever doubt the truthfulness of your diamond claims. You could submit all the loose diamond melee to the GIA and have them grade the stones before being set. Then with every diamond watch you sell you can include, not a nonsense appraisal, but an actual GIA report that states the exact color and clarity of all the diamonds you are using. The diamonds can be bagged, per watch, and those diamonds would then be set by your setters. Diamonds can be sorted as exactly as you require, I know, I did exactly that. You can actually hire a GIA Graduate Gemologist to do this for your company. Then when you submit the diamonds to the GIA if this person is competent you would have done a true service for your loyal customers. Your customers can be assured that a credible 3rd party, the GIA, has viewed your diamonds, and is signing off on them. Just as they do with thousands of larger diamonds that are sold all over the world. Keep in mind..you might have to call your diamonds G-H-I color and VS2, SI1-SI2...but at least your grading would be exact...and that is what you are trying to achieve is it not??? You can have a strict or a loose assortment of diamonds to achieve the quality that you desire. That would be up to you.

Your exacting color and clarity grading has been a selling feature for your diamond watches. What I have proposed is exactly how you can achieve your stated goal of quality for your loyal and trusting customers. If you do what I have suggested you would really prove to your customers what you have stated...that you stand behind your quality. Anything short of that, when you are being specific about color and clarity, would fall short of your claims. How about that Mr. Mink?? Instead of making worthless claims, prove to your customers that you really are giving them what you advertise. Not too much to ask for, is it??

Finally, if the diamonds in the Renato Watches really been as they had claimed G color VS clarity why would I have gone to all this trouble?? The answer is the diamonds were not as claimed. I have nothing to gain by stating my experience. There has been no settlement, and I still do not have a diamond watch.

To all consumers, ask yourselves, why would I lie? The

answer is I am telling the total truth in this matter. I am not profiting in any way. I am just attempting to right a wrong that has been committed in this situation and I have offered a solution to the problem.

After reading Renatos response....which adds absolutely nothing constructive to this matter..I will just leave it to the consumers good judgment as to whom to believe. Renato who is making millions on their watches or Howard who is gaining nothing except self satisfaction for trying to correct a wrong. End of subject....

## Rebuttal Box
## Respond to this report!

Are you an owner, employee or ex-employee with either negative or positive information about the company or can you provide "insider information" on this company?

## Victim of this person/company?

Are you also a victim of the same company or person? Want Justice? File a Ripoff Report and don't let them get away with it!

## Repair Your Reputation

Got Reports filed against you? Resolve the issues and rebuild trust through our Corporate Advocacy Program.







**ASSOCIATE'S DEGREES**
Associate of Arts in Business
Associate of Arts in Health Care Administration
Associate of Arts in Information Technology
**BACHELOR'S DEGREES**
Bachelor of Science in Business/Management
Bachelor of Science in Criminal Justice Administration
Bachelor of Science in Management

**MASTER'S DEGREES**
Master of Business Admin
Master of Arts in Educatic
Master of Information Sy





Advertisers below have met our *strict standards for business conduct*.
*Verified safe business by Ripoff Report*

## Got Enough of This?



*Problems viewing the above ad,* <u>*click here*</u>

all
**businesses
receive
complaints...**





*Ripoff Report Legal Ads*

Has Citibank asked you to refinance your mortgage?

Did you get taken advange of?

E-mail
<u>classaction@</u>
<u>careylaw.com</u>



what

**Ripoff Report**

- Home
- File a Report
- Update Your Existing Report
- Consumer Resources
- Search
- Link to Ripoff Report

- Privacy Policy
- Terms of Service
- FAQ
- About Us
- Contact Us
- Why Ripoff Report will never release author information!

- Thank You Emails!
- Corporate Advocacy Program: How to repair your business reputation.
- Ed Magedson - Ripoff Report Founder

- Past Home Page Featured Reports
- Want to sue Ripoff Report?
- Donate to our Legal Defense
- Notice for Users Outside the US

Copyright © 1999-2007, Ripoff Report. All rights reserved.

>

**Reviewer Statistics for IrishLady**

| | |
|---|---|
| Reviews | Helpful Votes |
| 2 | 0 |
| Featured Reviews | Active Since |
| 0 | **April 1, 2008** |
| Average Rating | Last Review |
| 3 | **April 1, 2008** |
| Recommended | |
| **50%** | |

**April 1, 2008**



**Renato Men's Wilde-Beast Stainless Steel Alligator Strap Watch**

Renato Men's Wilde-Beast Stainless Steel Alligator Strap
Watch

Read all reviews for this product

**Overall Rating:** ★★★★★ **5 out of 5**

**The picture does not do this watch justice..,** April 1, 2008
By IrishLady from New York

"The MOP dial gives this watch a fine appearance. The rose tone case goes great with the
MOP and the alligator strap completes this comfortable, sharp looking package. Purchased on
ShopNBC auctions for half the regular price which made this deal that much sweeter. Just
keep away from Renato Diamond Watches and all will be fine. Their diamonds are utter trash
in relation to what they state they are...take that to the bank."

**How often do you shop with us?:** Occasionally
Share this Review: 

April 1, 2008



**Renato Women's Wilde-Beast 2.25ct Diamond Stainless Steel Bracelet Watch**

Read all reviews for this product

**Overall Rating:** ★ ☆ ☆ ☆ ☆ 1 out of 5
**Beware the Diamond Quality..,** April 1, 2008
By IrishLady from New York

"just received the white dial version of this watch. The diamonds are so far from Gcolor VS clarity that the watch was not worth the price I paid for it on ShopNBC auctions. Will never attempt to buy another diamond Renato watch as their diamond grading is a total and utter joke. Don't be fooled by their claims of the diamond quality. You are not getting G color VS clarity but rather....far worse quality. It is truly a disgrace."

**How often do you shop with us?:** Occasionally
Share this Review:

# EXHIBIT C





# Research
*Solutions Through Science and Discovery*

Home
About GIA              »
Ethics Helpline
Education              »
Laboratory             »
GIA Reports            »
Research
  Section Main Page
  Recent
  Publications
  Presentations
  GIA on Diamond
  Cut
  - Current Article
  - Article Archive
  - PDF Article
  Archive
  - Diamond Cut
  FAQ
Instruments & Books    »
Alumni Association     »
Gems & Gemology        »
Employment at GIA
Careers Available      »
Newsroom               »
Publications           »
Library                »
Events & Trade Shows   »
Support GIA            »
GIA History
How to Buy a Diamond
How to Buy a
Gemstone

Service Center

Subscriptions
Contact Us
Request a GIA
Education Catalog
Site Map
Help
Search
[        ] [GO]

My GIA

My Education Login

Friday, May 30, 2008                        <u>Printer-Friendly Page</u>

**June 08, 2001**

**Cut-The Least Understood "C"**
*Barak Green, John King, Kim Cino, Mary Johnson, and James Shigley*

A good place to start examining the importance and evaluation of cut in polished diamonds is with the "Four Cs". This phrase refers to a diamond's Carat weight, Clarity, Color, and Cut (listed from simplest to most complicated to understand). Although all of these value factors have been around as long as diamonds have been polished, grouping them together into a descriptive concept such as the Four Cs was the idea of GIA founder Robert M. Shipley for De Beers, and was intended as an educational tool for consumers and jewelers. It was their hope that by organizing a diamond's value factors into simple categories, individuals would be better able to understand the variables that are most important in the evaluation of a polished diamond. Awareness of the Four Cs also helps individuals understand and appreciate the rarity of a diamond in terms of the combination of the value factors it represents.

Each of the Four Cs affects the appearance of a diamond in different, yet identifiable, ways. Three of the Cs (carat weight, clarity, and color) currently have widely accepted grading scales or methods of measurement in the diamond trade. Cut has historically been the most difficult value factor for which to develop a scale of evaluation, and this can be seen by the lack of a universally accepted cut grading system. GIA is engaged in a long-term research project to explore how the face-up appearance of a round brilliant cut (RBC) diamond is related to its proportions. We believe this research will provide a more scientific basis for evaluating cut in diamonds, thereby helping members of the trade reach a consensus.

In the end, the Four Cs are also about choice. A consumer with a fixed budget may lower the "grade" of one value factor in order to raise the "grade" of another—for example, a buyer may choose to sacrifice some clarity to purchase a weightier (larger) diamond. Although many are familiar with this process in terms of carat weight, clarity, and color, recently the choice of cut has become a larger part of this purchasing decision.

## THE OTHER THREE Cs

### CARAT WEIGHT

Let's start our examination of the Four Cs with carat weight since, out of the four value factors, it can be measured most objectively, using an electronic balance. The visual effect of carat weight on a diamond's appearance seems fairly obvious: the more a diamond weighs, the larger it will look. However, this is not always the case. As most people in the trade already know, cut proportions can also affect the perceived size of a diamond.

Carat weight is directly related to a diamond's value because (all else being equal) larger diamonds are rarer than smaller ones. As a result, larger diamonds cost more *per carat* than smaller diamonds (e.g., a 2.00 ct diamond of the same quality can cost more than twice the amount of a 1.00 ct diamond). In addition, diamond prices do not always increase in even linear increments (e.g., a 0.97 ct diamond of the same quality sells for much less than a 1.00 ct diamond). The weight-to-value relationship is one factor that consumers have to take into account when purchasing a diamond.

My Laboratory Login     **CLARITY**



Figure 1. GIA's Clarity Scale

Unlike carat weight, clarity has both objective considerations (e.g., diamonds that are flawless at 10x magnification are rarer than those that are not flawless), and those that rely on experience and judgment. These latter considerations are mostly centered on visual observations.

While there are accepted standards in the diamond trade for grading clarity (figure 1), the actual grading of a diamond's clarity is not assessed through a machine's measurement but rather by the observations of trained gemologists.

Using controlled viewing conditions, these gemologists make judgments based on the size, number, position (location), color/relief, and nature of clarity characteristics (e.g., feathers, clouds, or other inclusions) seen at 10x magnification with a binocular microscope or loupe. Eye visibility of clarity characteristics is also a factor in determining a diamond's clarity grade. At the GIA Gem Trade Laboratory, the consistent application of standards, decision making through consensus among very experienced gemologists, and ongoing education over the last 50 years have allowed this grading system to be effective and reliable.

Another factor in the evaluation of clarity has to do with the visual acuity of consumers. Since clarity is graded at 10x magnification, differences that affect the value of a diamond may not be eye-visible. This gives the consumer room to balance clarity considerations along with the other value factors when purchasing a diamond. Consumers who choose higher clarity grades are willing to pay for this indication of rarity even if there is little or no effect on the diamond's appearance as seen without magnification.

COLOR

The third diamond value factor is color. It requires the same mix of objective considerations, experience, and judgment as clarity. Diamonds located at the extremes of the color scale (that is, colorless diamonds or diamonds with strong, saturated colors) are more rare than those in the middle (diamonds with pale colors). Like clarity, color is also graded by trained observers (under specialized lighting conditions) and has some distinctions that are not visible table-up.

At the GIA Gem Trade Laboratory, different grading procedures are used for colorless-to-light-yellow or brown diamonds than for colored diamonds (such as pink or blue). GIA's D-to-Z scale assesses the relative absence of color while its system for grading fancy-color diamonds judges the presence of color. Consistency in the application of these two systems allows the diamond industry to reach a grading consensus in terms of color and value. Color is another value factor that presents consumers with a choice: They may lower their color expectations of a near-colorless diamond in order to obtain more carat weight or a higher clarity grade.

**THE LAST C—CUT**

We now arrive at the last, and perhaps least understood, of the diamond value factors: cut. First, it is important to establish the difference between the *cut* of a diamond and its *shape*. When referring to diamonds, the term *shape* is used to describe the girdle outline (e.g., round, oval, pear, square, rectangular, or heart-shaped). Another important term, *cutting style*, describes the types of faceting: brilliant cut (which refers to an arrangement with several types of triangular and kite-shaped facets; figure 2, left), step cut (which refers to an arrangement with many trapezoidal facets; figure 2, center), or mixed cut (which is a mixture of brilliant and step faceting; figure 2, right) [Footnote 1].



Figure 2. Cutting styles: Brilliant (left), Step-cut (center), and Mixed (right)

The term *cut* (sometimes referred to as *make*) should be used in reference to the proportions (generally considered in relation to the girdle diameter) and finish of a diamond. Some proportions of a polished RBC diamond are table size, crown height, pavilion depth, crown angle, and pavilion angle (figure 3).



Figure 3. Some RBC diamond proportions

Girdle thickness is described in terms of minimum and maximum thickness. It is also noted whether the girdle is bruted (with a granular finish), polished, or faceted. The finish of a diamond includes its symmetry (the exactness of shape and placement of the facets) and the quality of polish on the facets. Since finish is easier to understand, we will review that before discussing proportions.

At the GIA Gem Trade Laboratory, trained gemologists evaluate finish on a scale from excellent to poor, using consistent observation procedures. Symmetry is assessed as the evenness of the outline of a diamond and the shape and placement of the facets. (Although symmetry is assessed visually, these evaluations may be supported by an optical measuring device.) Polish is assessed as the quality of the surface condition of the fashioned diamond. For example, visible polish lines or burn marks may affect the polish grade, as will blemishes (such as scratches or abrasion)

created after the cutting process.

Diamond proportions are not yet graded on a single scale that is accepted by the majority of the industry. Most cut grading scales that are promoted in the marketplace today are based on two assumptions: (1) only a limited set of proportions yield a good-looking RBC diamond; and (2) the greater the deviations from each of these proportions, the worse the diamond will look. Because the different grading systems tend to disagree as to which is the "best set" of proportions, and there may be in reality many sets of proportions that produce good-looking diamonds, the assumptions on which these cut-grading systems are based have come into question.

Perhaps this overstates the issue just a bit. Most viewers can agree on some cuts that yield an unattractive appearance (figure 4)—such as those that cause "fisheyes" (RBC diamonds with shallow pavilions that display the girdle's reflection in the diamond's table) and "nailheads" (RBC diamonds with pavilions



Figure 4. "Fisheye" (left) and "Nailhead" (right) diamonds

so deep that their tables look dark)—or those that promote easy chipping of the girdle (such as diamonds with extremely thin to very thin girdles and crown angles that are very shallow; see figure 5). But the appearance of diamonds that fall in acceptable categories of cut is much more difficult to evaluate.



Figure 5. Close-up of chipped girdle

It is also important to remember that a diamond's proportions are often determined by the size and shape of the diamond rough. When we consider diamond cutting theoretically, it is easy to assume that any piece of rough can yield well-proportioned diamonds. In the real world, however, this is not always the case. When faceting a diamond from a piece of rough, a cutter often has to balance aversions (e.g., removing or minimizing the effects of inclusions) with desires (e.g., creating well-cut proportions and retaining weight from the rough). Cutters also have to consider what shapes and proportions will readily sell in the market. Among desirable outcomes, cutters continually have to decide whether to cut a better-proportioned diamond, or retain more weight

from the rough. Often, those diamonds that are considered well cut retain less original weight in order to achieve their proportions, and therefore cost more per carat to manufacture. This price difference is usually passed on to the consumer, which is why cut has become another important choice to consider when purchasing diamonds.

This brings us back to the question of cut evaluation and worth. Proportion measurements of a diamond do not automatically translate into a direct measure of appearance. There has not yet been sufficient scientific testing of different cut proportions (either on actual diamonds or with computer modeling) to support the assertion that any one set of proportions is the absolute best performer in terms of brilliance, fire, scintillation, or a combination of all three. More research will be needed before the trade reaches this point.

In the end, some choices of proportions will always depend on an individual's tastes and preferences—for example, the preference for larger tables (figure 6).

 

Figure 6. Some people find diamonds with larger tables (left) more
attractive than those with smaller tables

One of the oldest pieces of advice in the diamond industry is: "You should always see and evaluate the diamond with your own eyes." The relationship between *numbers* (i.e., proportion measurements) and *visual appearance* is still not fully understood. It is one of the aspects of diamond appearance that GIA is currently studying.

## CONCLUSION

Perhaps the most important thing to remember when evaluating the quality of a diamond, is that all four Cs interact in intricate ways to affect the appearance and value of that diamond. For example, a diamond's cut may affect the appearance of that diamond's size, the visibility of that diamond's clarity characteristics, and the obviousness of that diamond's color. Combinations of these four value factors also determine a diamond's rarity, and therefore affect its price. Manufacturers, dealers, retailers, and consumers must take all of these factors into consideration when making choices about cutting, selling, and purchasing diamonds.

We hope that you found this article useful, and invite any feedback or comments that you may have. You may contact us by email at DiamondCut@gia.edu .

If you would like to view a printable version of this article, click here.

[Footnote 1] *The GIA Gem Trade Laboratory uses universal terms in its reports to describe the diamond's shape and cutting style (e.g., "round brilliant cut," "rectangular step cut," or "cut-cornered square mixed cut").* [back]

Go to Most Current Article

Introduction        |        Article Archive

This page was last updated 09/23/03 03:47 PM
Use of this site signifies your agreement to its terms of use.
©2002 - 2008 Gemological Institute of America Inc.
GIA is a nonprofit 501(c)(3) organization.
All rights reserved.
World Headquarters and Robert Mouawad Campus
5345 Armada Drive, Carlsbad, California 92008
Tel: 760-603-4000

# EXHIBIT D

Watch Geeks - Straight answer regarding diamond grade.                    Page 1 of 14

Case 0:08-cv-60824-JIC   Document 1   Entered on FLSD Docket 06/11/2008   Page 46 of 62







WatchGeeks

Advanced Search

Tracking Stats



To be clear, I am not defending nor siding with "Howard from Albany". If you read my post clearly it states....... By VIRTUE of Renato and **SNBC** succumbing to his demands, it lends some veracity to his claims. Is this not true? It's pretty elementary.

Thanks for responding Mr. Skelton. However I think in a retail environment statements such as "I can't discuss the quality of the diamonds in a product, but it is a great product and you should purchase it." Don't mix well. I'm sure to most it does not matter, and that is fine.

NO SIGNATURE

DOWNLOAD    No rating

---

**?**
watizwrongwithinvicta?
⭐⭐⭐
Member Geek
2359 Points

🏴 🏴

☐ You have posted in this forum: Sat May 10, 2008 6:54 am   Post subject:  Re: Straight answer regarding diamond grade

> The Zodiac wrote (View Post): › ‹ Select › ‹ Expand ›
> I think that most here are aware of Renato no longer inscribing the case-backs of their diamond pieces with diamond grades. ie: color/clarity.
> This obviously seems to stem from "Howard from Albany's" Rip-Off-Report. He claims that as

much ado about very little...in fact it probably adds cache to the watches with te inscribed case backs.....I am married to an atty...and I am certain there are attorneys on the board that can attest to the fact that there is probably not much

to this...think about every time you see a commercial on tv where it has the disclaimer...professional driver on closed course.....well that is because someone did there contemporary of a rip-off report in the early 60's stating that the advertising was false and irresponsible as they were not only unable to make the car perform as it did in the commercial but the car company was negligent in representing that the vehicle could do so...ever bought HOT coffee at McDonalds? ......again it is new requisite to let people know that the liquid is HOT...at some point that disclaimer will not be sufficient as the expectation of hot coffee will be insufficient when some litigious individual gets a tepid cup-o-joe..... long story short take it for what it is...and stop looking for the black helicopters...man you might have more fun poking fingers and lions in the zoo....

DOWNLOAD    No rating

---

**Wired1**
⭐⭐⭐
Senior Geek
5840 Points

🇺🇸

☐ You have posted in this forum: Sat May 10, 2008 8:19 am   Post subject:  Re: Straight answer regarding diamond grade

I feel the need to comment. Again. Diamonds of the size and nature that watches typically use are minute, small, tiny, etc. They cost, AT MOST, $500a carat retail. I can go to any jeweler in Manhattan and buy them for this price anytime. Yes, even G/VS full cut.

That being said, unless you are buying a huge one that has resale value and is (not a good one TBH) investment, it really does not matter.

ALL THAT MATTERS with diamonds on watches, or diamonds that are under .25 in size, is that they sparkle. They have little to no value in reality, and you are paying more for the work in setting them individually, than you are for the diamonds themselves.

With .25 and up you start to need better clarity and color. Larger stones it becomes VERY important.

I understand the importance of truth in advertising, but I have examined the Renato's. YES, it is possible to find one or two stones that are SI clarity on the watches. HOWEVER, one person's SI is another's VS. It is all opinion in grading, nothing more.

GIA is the only legit one IMO, but hey, again, these aren't 2 carat D/IF stones we are talking about. All that matters is if they sparkle.

It is my opinion that anyone that took Renato, **SNBC**, etc, to task for this is simply out for personal gain. EVERY watch company could be called out for this. Even when they say things like TOP WESSELTON blah blah blah. In theory, it is all a certain grade stone, but the truth is some may be less than others. No one cares because they all LOOK identical and sparkle.

In the end, what I am sick of is diamonds being so mysterious to buyers. I deal in about $600,000,000 worth of gold and diamonds a year for corporate sales, and all I can say is that the wholesale cost of these stones is DIRT, the work is what you pay for, and as you are never buying a watch for an investment, the only thing you should care about is are you getting a fair price for the look (after all, why does one watch cost any more than the next; perceived value) and is the craftmanship up to par.

I think the answer is YES for Renato. That's my opinion and I fully respect anyone who disagrees.

Here is some info. A fair price on 1.00 **cttw** SI1 GIA certified stone is $4,000. Tiffany would charge $14,000, Zales or a mall jeweler about $8,000, and a jeweler in NYC $4,500. You could then bargain down.

They all keep the market fixed within a few dollars of one another with a report they use, and unless you know someone or find a down on his luck guy, you won't find much better.

I have a ring I wear on a daily basis. 1.25 **cttw** (20 diamonds) of G color VS stones. It is set in 22 grams of 14k white gold. A CLUNKER of a ring. I paid $500 last year for it at my jeweler, not even a deal thorugh my company! With gold doubling, it would be now $1000, for sure. STILL, compare that with what a retail store charges!!

My point is that this stuff is way less expensive than people imagine. And to argue about the quality of the stones on a watch, stones that cost like $2 a piece whole sale, is stupid, to me.

My WB and Beast diamond versions are gorgeous. They were a fair price to me. And there is not a similar look to be had for anywhere near that price.

Enjoy your watches, people. Relax on the witch hunts. Remember to educate yourself about all things you purchase. Diamonds in particular. And if you don't like something, don't buy it.

As for Renato. Great quality and value IMO. Giving me 2.45 cts. of diamonds on my WB and another of pearl dial, plus hand made... the price was WAY fair. Giving me 2.00 cts. on my beast with an ETA 2824. Cool, too.

 No rating

**The Zodiac**
★★☆
**Member Geek**
**1127 Points**

 You have posted in this forum: Sat May 10, 2008 8:46 am  Post subject:

Thanks for the education Wired. Has'nt it been Renato that has made the huge fanfare about the color and clarity of the diamonds you would receive on your watch? THEY were the ones who used diamond quality as a HUGE selleing point on their diamond watches. If what you say is true, (and I believe you) why would they affix a color and clarity grade to their stones, and then tout this grading as a selling point? After all, Renato could have left the whole thing alone if they know what you know, and just sell a diamond watch. Not try to give it a color clarity rating. Apparently, some one has made them stop.

NO SIGNATURE

 No rating

**Wired1**
★★☆
**Senior Geek**
**5840 Points**

 You have posted in this forum: Sat May 10, 2008 9:06 am  Post subject: Re: Straight answer regarding diamond grade

Hi Zodiac,

What they did, was tell you the clarity and color, and then they probably got called on the carpet for a few stones in each watch that were not up to par. This is all hearsay, mind you. I have no idea what happened.

This is TYPICAL, though.

Most companies do not tell you the cut and clarity for this very reason.

Renato did, got some grief for it, and IMO it falls under the "no good deed goes unpunished" category.

The stones ARE AS ADVERTISED. It is fair to say that some may be slightly less (or more!) quality when dealing with 300 stones per watch. But I think Renato was simply trying to give an idea of what you were getting; which is diamonds of a much better grade than is typically found on a watch. Much less a sub $15,000 watch.

That's all. Again, this is all my 2 cents. I can only go on what I know, my two diamond Renato's, and the facts as stated.

Renato diamonds are as advertised, and it is fair to think a few stones in the batch might be slightly off. This is bulk, small stone buying. Typical. And again, as grading is all an opinion, there is nothing to say that Renato's G/VS is not Tag Heuer's H/SI1. You know?

THEIR diamond grader, graded them. I don't call this lying or misleading. What IS a bunch of hooey is an appraisal for $7,500. LOL. Riiiiiight. That is like calling the 1.00 ct. stone from my jeweler a $15,000 value b/c Tiffany's sells it for that much. Hooey, I say. but I digress.

Hope my point is clear. Grading is opinion. Renato's are accurate about 99% as per my standards of grading. Other could (and did!) disagree.

And also, I do not own every diamond renato produced. Just 2. Maybe, and it is possible, some were WAY off. Again. I have no idea!

=)

DOWNLOAD No rating 

---

**Wired1**
★★★
**Senior Geek**
5840 Points

You have posted in this forum: Sat May 10, 2008 9:16 am Post subject: Re: Straight answer regarding diamond grade

You know what just occured to me? I don't think Renato could have left it alone LOL! If they had sold them without telling us what grade the stones were, people would have gone nuts just like they do over the whole WHERE ARE THEY MADE thing.

My 2 pennies ;)

Think about it? People would have posted "Why won't Renato tell us what we are paying for?"

"If the diamonds are SOOOOOO good, why not tell us?"

Imagine that!

 No rating

---

**kramer**
★★★
**Senior Geek**



5569 Points

You have posted in this forum: Sat May 10, 2008 9:19 am Post subject:

Have both sides been gaged on this topic as part of the settlement?

DOWNLOAD No rating

---

**HondaLover**
★★★
**Senior Geek**



5855 Points

You have posted in this forum: Sat May 10, 2008 9:28 am Post subject: Re: Straight answer regarding diamond grade

Interesting thread, thanks for the info wired!



DOWNLOAD No rating



? watizwrongwithinvicta?

Member Geek
2359 Points

You have posted in this forum: Sat May 10, 2008 10:41 am  Post subject: Re: Straight answer regarding diamond grade

I was really interested in getting a definitive answer (for my own purpose). In the state of Texas, it has be held that the FTC generally allow one grade in clarity and two grades in color variation between advertisement and actual product. FTC is federal so you would want to check your district courts rulings for precedent. I was pointed in the right direction by an atty with whom I am very well acquainted ...and I did the research and came to the conclusions myself....(end of disclaimer)

the FTC has publish guidelines for advertising practice relative to diamond jewelry find the full text HERE

extrapolate from that what you may.

It is most likely a SOUND business decision to NOT state the info on the case back as if makes you a target...right or wrong you gain negative PR and there is a real cost in defending against such claims. If you are a Renato collector, these pieces with the case backs inscribed with clarity weight really should have more perceived value over time

DOWNLOAD   No rating

Sir Charles

Senior Geek

9424 Points

You have posted in this forum: Sat May 10, 2008 11:19 am  Post subject:

I want to commend the participators of this thread; informative, mature, no ALL CAPS AND RANTING. Seriously, I learned something today. Thank you!

If only I had known, I should have become a watchmaker. -- Albert Einstein
Sweetnessheart, what watch? Ten watch. Such much! -- Casablanca
URWERK UR-202 ● Seiko Monster

DOWNLOAD   No rating

boscoe

New Geek
843 Points

You have posted in this forum: Sat May 10, 2008 11:45 am  Post subject:

Wired's advise on diamonds should be taken to heart by all consumers. My SO is also in the jewelry trade and says these one and two pointers are essentially worthless. So don't let the carat weight on a watch induce you to pay big bucks.

As for Renato's issue, it is one of credibility. I believe the brand has taken a major hit. I understand it is sometimes cheaper to roll over when falsely accused, but I also know there is a time to fight to protect your reputation and confirm consumer confidence.

While I'm not privy to all the facts, I suspect - with the emphasis on suspect as in this is not a fact but an opinion - Renato copped a plea to avoid a serious wrist slapping for breaking the rules. Renato created it's own problems, apparently, by touting quality it did not deliver. That's a serious charge consumers should not ignore, no matter what the product. The issue isn't really the quality of the diamonds, it is the company's claims.

It is issues like this that give "TV watch brands" a tarnished image among many members of the horological community. It leaves the impression - perhaps unfairly - that a brand will do or say anything to drive sales.

And it should be noted, luxury brands are frequently just as guilty of slight of hand marketing. Does anyone really believe it takes two years to build a Rolex?

DOWNLOAD   No rating

boscoe

New Geek
843 Points

You have posted in this forum: Sat May 10, 2008 12:01 pm  Post subject: Re: Straight answer regarding diamond grade

> **Wired1 wrote (View Post): › ‹ Select ›‹ Expand ›**
>
> You know what just occured to me? I don't think Renato could have left it alone LOL! If they had sold them without telling us what grade the stones were, people would have gone nuts just like they do over the whole WHERE ARE THEY MADE thing.

I disagree. Invicta has been doing this for years.

Croton, however, has been giving specifics on it's diamonds for years. I am not aware of a similar challenge to it's credibility. Perhaps people find Mr. Mink's marketing claims incredible (true sense of the word). I know I frequently do.

While I don't own a Renato, I own many rare watches. And in 40 years as a collector, I've only had one person offer to buy a watch right off my wrist – a fellow who owned a watch store in Palm Beach, where I was shopping. Mr. Mink gives the impression this happens to him over-and-over-again when he dines out. This, of course, may be true - and maybe due to his unique designs. I simply take his statements with a grain of salt.

 No rating

**jskelton**
★★★★★★★
Owner



51306 Points

You have posted in this forum: Sat May 10, 2008 12:09 pm   Post subject:

Let's please stop with all of the speculation.

If you have any questions or comments regarding Renato's diamond quality, please contact Renato regarding this.

Renato's attorney will be formulating a statement soon, and it will be posted here on the forum, regarding their official standing on this.

Do not accept hearsay or unsubstantiated opinions as fact. The issue is being dealt with legally and all relevant facts will soon come to light.

Those here who have had their Renato watches professionally appraised (and some have already posted about this) already know that Renato's classifications and gradings were correct, so there is nothing more to say on this subject.


ShopNBC Watch Host          Forum Administrator

 No rating

**boscoe**

New Geek
843 Points



You have posted in this forum: Sat May 10, 2008 12:46 pm   Post subject:

> **jskelton wrote (View Post): › ‹ Select ›‹ Expand ›**
>
> Let's please stop with all of the speculation.

Excellent. And thanks for the update, **JS**

 No rating

**The Zodiac**
★★
Member Geek
1127 Points



You have posted in this forum: Sat May 10, 2008 1:39 pm   Post subject:

I concur. Excellent, Mr. Skelton. Perhaps if you had made this known weeks ago, when this issue first came to light, a whole bunch of speculation would have never occurred. I would have saved myself a bunch of worthless typing as well.
I very much look forward to Renatos official statement.

NO SIGNATURE

 No rating

**koimaster**
★★★
Senior Geek

You have posted in this forum: Sat May 10, 2008 1:40 pm   Post subject:

WatchGeeks - Straight answer regarding diamond grade
Page 7 of 14
Case 0:08-cv-60884-JIC Document 1 Entered on FLSD Docket 06/11/2008 Page 52 of 62



Hopefully this will be the end of it. I have a couple of diamond Renato watches and they are better than I expected. The people at Carl Greve jewelers were impressed with mine. Who cares what others think as long as you are pleased with the purchase. MHO.

*In Loving Memory*
*Graim*
*Thu*
*Carol*

*"Your heart was warm and happy*
*With the lilt of Irish laughter*
*Every day and in every way*
*Now forever and ever after."*

13965 Points

No rating

**jskelton**
★★★★★★★★
Owner

You have posted in this forum: Sat May 10, 2008 1:43 pm    Post subject:

The Zodiac wrote (View Post): › ‹ Select › Expand ›

I concur. Excellent, Mr. Skelton. Perhaps if you had made this known weeks ago, when this issue first came to light, a whole bunch of speculation would have never occurred. I would have saved myself a bunch of worthless typing as well.

Since the latest changes were finalized last week, and the most recent activity on this (Renato's legal process) was discussed only this morning... I made this info available as soon as I could.

This is an evolving situation.

51306 Points

ShopNBC Watch Host                    Forum Administrator

No rating

**abazaba**
★★★★★
Veteran Geek

You have posted in this forum: Sat May 10, 2008 1:54 pm    Post subject:

koimaster wrote (View Post): › ‹ Select › Expand ›

Hopefully this will be the end of it. I have a couple of diamond Renato watches and they are better than I expected. The people at Carl Greve jewelers were impressed with mine. Who cares what others think as long as you are pleased with the purchase. MHO.

Agree with you wholeheartedly. Thank you.

-----
Abe
-----
Destiny has two ways of crushing us... by refusing our wishes and by fulfilling them.

8772 Points

No rating

**Lucky1**
★★★
Senior Geek

You have posted in this forum: Sat May 10, 2008 4:07 pm    Post subject:  Re: Straight answer regarding diamond grade

I have one Renato diamond watch (2.45carat) and I have received many a compliment on it. In the end, that's all that matters.

Brian

4152 Points

No rating

**BigJoe**
★★★★★
Super Geek

You have posted in this forum: Sat May 10, 2008 4:24 pm    Post subject:  Re: Straight answer regarding diamond grade

WatchGeeks - Straight answer regarding diamond grade
Page 8 of 14
Case 0:08-cv-60884-JIC Document 1 Entered on FLSD Docket 06/11/2008 Page 53 of 62



78655 Points

Some very interesting posts and most informative. I myself belive Renato and have no trouble with any of the diamond renato,s I own. Jim thanks for the heads up on the legal issue,s Please let us all know when you find out the end results thank you.

   

Big Joe like,s watches and good friends.
Take care and be safe.[ Big Joe ]

  No rating 

**Wired1**
★★★
Senior Geek
5840 Points

☐ You have posted in this forum: Sat May 10, 2008 7:33 pm  Post subject: Re: Straight answer regarding diamond grade

I could care less what the attorney has to say. Just a non-issue to me.

I love my Renato's. Nothing will change that. I stand behind what I stated about diamonds. I hope that info helps people here make informed decisions about diamond purchases.

I am looking forward to buying my Vulcan at the end of the month. **CS** at Renato remains industry best IMO.

I hope everyone here loves their timepieces =)

 No rating

**watchman888**
★★★
Member Geek
1284 Points

☐ You have posted in this forum: Sat May 10, 2008 6:38 pm  Post subject: Re: Straight answer regarding diamond grade

I agree. I own T-rex Diamond watches and Beauties for my wife.

The quality is Exceptional and is ever bit as previously aired.

They are phenomenal and I get more compliments and paid a fraction (1/10) of the cost of what t diamond rolex would run and their diamonds are no where near the cut, color or clarity.

Renato's reputaiton is too important to mislead anyone. Now, just move along, there's nothing to see here.

 No rating

**kramer**
★★★
Senior Geek

5569 Points

☐ You have posted in this forum: Sun May 11, 2008 9:15 am  Post subject:

Ahhhh but if you bought a diamod rolex you would know exactly what you bought.

I dont think anyone is saying that the diamond watches are not beautiful. I think the issue is advertising specifics and then not delivering on those specifics.

One argument here is that only master certified diamond appraisers are qualified to make color and clarity judgements. If so, then the responsibility falls to Renato to provide a master certification for each diamond watch based upon the stated color and clarity.

I dont think I would ever buy a diamond watch for thousands of dollars without knowing exactly what I was buying.

It is not enough for me to just know they are diamonds. I need to know the diamond specifics so I can assess the value of the purchase.

It will be interesting to finally hear the official statement from Renato, as well as **SNBC**.

 No rating

**Wired1**
★★★
Senior Geek
5840 Points

☐ You have posted in this forum: Sun May 11, 2008 9:49 am  Post subject: Re: Straight answer regarding diamond grade

 

Kramer, as per my posts above, and this is not to insult anyone, any brand, etc..., there is NO VALUE in the diamonds on these watches, as they are of a size that carries no value.

The stones in the watch would have to be MUCH bigger to have some sort of serious value.

I say the following not in jest, but in all honesty: They may as well use glitter. It has much value in terms of investment, resale, etc. OK, that was jest, but you get my drift.

You are paying for the workmanship and time to hand build these watches, and hand set these diamonds.

The diamonds that are used in watches sell wholesale for like $200 a carat. About $1 -$2 a stone. There is your value.

Sorry if this sounds terse or argumentative, but this is futile as an argument, discussion, etc. Diamonds of 1 to 15 points or so are pretty damned cheap. Even if they are VVS and E or G color. The value of them is nada if you are looking for actual VALUE.

**PS**. My father has a diamond Rolex. The diamonds in it are fabulous. However, still worthless as a material, as they are pave' type. TCW is high, but it's still a bunch of $1 stones. Despite the quantity or quality.

 No rating

**Wired1**

**Senior Geek**
**5840 Points**

You have posted in this forum: Sun May 11, 2008 10:11 am  Post subject:  Re: Straight answer regarding diamond grade

Some quick math as an example:

WB = $500 appx.

Diamonds on 2.45 **cttw** WB = $1700 upgrade

Diamonds actual wholesale value = $500 appx. Could be higher or lower depending on bulk

RE: $1200 for work.


Movado Sport = $895 retail

Diamonds .80 **cttw** = $2100 upgrade

Diamonds actual wholesale value = $175 appx.

RE: $1925 for work (less work than needed to complete the WB!)


Rolex Datejust - $8000 average model

Diamonds 1.00 **cttw** bezel = $4,000 ++ upgrade

Diamond actual wholesale value = $200

RE: $3,800 for work

All you get with more expensive watches is more padding to the diamond add on price. My above prices are estimates only, and actual pricing at your AD or in the newest catalog might differ, but the point is that there is NO VALUE to the diamonds. You pay for work. The bigger the name, the more you pay for the work (and the watch!)

 No rating

**meijin**
**Owner**

**40937 Points**


You have posted in this forum: Sun May 11, 2008 10:18 am  Post subject:  Re: Straight answer regarding diamond grade

I just find it kind of interesting that the folks that actually own the diamond Renato timepieces are the ones least worried about the situation....but maybe that is just me...

Michael



*Argument is meant to reveal the truth, not to create it. - Edward de Bono*

DOWNLOAD No rating

**jskelton**
★★★★★★★
Owner



51306 Points

☐ You have posted in this forum: Sun May 11, 2008 10:17 am · Post subject:

I'm not sure how you think no diamonds set into watches have no value... they certainly were not free to the manufacturer.

I'm glad you cited other examples besides Renato, thank you for doing your part in being unbiased.

Do keep in mind that ANY part or component used on ANY watch will carry 3X cost from the manufacturer. Meaning: If a part costs the manufacturer $500, that directly relates to $1500 cost to the consumer.

Companies don't do anything for free. They may try to reduce their margin to make a better price, but the general rule of thumb is 3X cost = retail end-user's cost. This number can fluctuate up or down, and can greatly be affected by how the brand is distributed and by whom.



DOWNLOAD No rating

**Disturbed**
★★★★★★★
Moderator



37416 Points

☐ You have posted in this forum: Sun May 11, 2008 10:49 am · Post subject:

Let's wait for Renato's official statement to come out. K?
Cord



I bring out my tool as often as I can. ~ J.Skelton
If I lick it, is it mine? ~ J.Skelton
Wow, there's a watch an extra hint of creepy sprinkled in. ~ J.Skelton

 DOWNLOAD No rating

**Wired1**
★★★
Senior Geek
5840 Points



☐ You have posted in this forum: Sun May 11, 2008 10:52 am · Post subject: Re: Straight answer regarding diamond grade

By "No Value" I should have been clearer. I meant NO WHERE NEAR the value cited or charged, and nominal in terms of actual vs. perceived.

By the 3x rule my estimates hold fairly true. $1700 up charge by renato for $500 (appx.) worth of stones, and a few hundred for work.

To me, this makes a Renato a FABULOUS value. Others may disagree.

Also, to clarify, I should have een clearer that by "no value" I am referring in comparing them to single stones of larger size, say .25 ct and up, which do have a great value.

Hope my clarifications make sense.

Michael, I am with you...I have no fears, concerns, etc. about my diamond Renato s. They rock! And for those who do not own one to be so involved with this smacks of witch hunt, IMO.

Still, everyone is entitled to their curiosity. And if they are a customer, they are entitled to an answer that is on the way, anyhow.

EDIT**After I posted I saw DISTURBED's post, and I will gladly refrain from any further comment. I like this board, respect it's leadership and members, as well as Renato. Hopefully I have not inflamed anything with my attempt to try and educate people on the true cost of diamonds.

Thanks, Wired =)

 DOWNLOAD No rating 

**meijin**
★★★★★★★
Owner



☐ You have posted in this forum: Sun May 11, 2008 10:56 am · Post subject: Re: Straight answer regarding diamond grade

WatchGeeks - Straight answer regarding diamond grade
Case 0:08-cv-60984-JIC Document 1 Entered on FLSD Docket 06/11/2008 Page 56 of 62
Page 11 of 14



40937 Points

Nothing wrong with being curious for sure! Maybe I am just a bit jaded based on other prior experiences...sometimes it is more than being curious. Not saying that is the case here by anyone...just saying is all...

Now, if I could just find a way to pay for that diamond Wildebeast that Nayth has for sale.....LOL!

Michael

*Argument is meant to reveal the truth, not to create it.* - Edward de Bono

No rating

**Disturbed**
★★★★★★★
Moderator

37416 Points

☐ You have posted in this forum: Sun May 11, 2008 10:58 am  Post subject:  Re: Straight answer regarding diamond grade

meijin wrote (View Post): › ‹ Select › ‹ Expand ›

Now, if I could just find a way to pay for that diamond Wildebeast that Nayth has for

MINE! I'm thinking of selling a child.... I have 3......

I bring out my tool as often as I can. ~ J.Skelton
If I lick it, is it mine? ~ J.Skelton
Wow, there's a watch an extra hint of creepy sprinkled in. ~ J.Skelton

No rating

**meijin**
★★★★★★★
Owner

40937 Points

☐ You have posted in this forum: Sun May 11, 2008 11:04 am  Post subject:  Re: Straight answer regarding diamond grade

Well, I offered him $25 a week and he turned me down....LOL!

OK...enough thread stealing I guess...

Michael

*Argument is meant to reveal the truth, not to create it.* - Edward de Bono

No rating

**fountainpenlove**
★★★☆☆
Senior Geek
5295 Points

☐ You have posted in this forum: Sun May 11, 2008 11:22 pm  Post subject:

> **koimaster wrote (View Post):** › ‹ Select ›‹ Expand ›
> Hopefully this will be the end of it. I have a couple of diamond Renato watches and they are better than I expected. The people at Carl Greve Jewelers were impressed with mine. Who cares what others think as long as you are pleased with the purchase. IMHO.

agreed....who CARES!!

> Some very interesting posts and most informative. I myself belive Renato and have no trouble with any of the dimond renato s I own. Jim thanks for the heads up on the legal issue s Please

agreed......i believe renato.......

> I just find it kind of interesting that the folks that actually own the diamond Renato timepieces are the ones least worried about the situation.....but maybe that is just me

agreed.......hmmmmmm.....it IS interesting isn't it? LOL......

i have a G-VS beauty and an E-VS beauty.........i LOVE them!!

i happen to think each of wired1's posts are informative and interesting.......to me, his posts make complete sense and it seems he is consistently making an argument FOR renato.......

DOWNLOAD   No rating

**Common_Sense**
Member Geek



2281 Points

🔲 You have posted in this forum: Mon May 12, 2008 4:29 am · Post subject: 🔾 Re: Straight answer regarding diamond grade

Come on people! This is a WATCH forum, NOT a jewelry one. IMO, Renato should just focus their "time" on securing more automatic movements, which are the true engines of watches. 🔩

DOWNLOAD   No rating

**meijin**
★★★★★★★★
Owner



40937 Points

🔲 You have posted in this forum: Mon May 12, 2008 6:22 am · Post subject: 🔾 Re: Straight answer regarding diamond grade

> **Common_Sense wrote (View Post):** › ‹ Select ›‹ Expand ›
> Come on people! This is a WATCH forum, NOT a jewelry one. IMO, Renato should just focus their "time" on securing more automatic movements,

Actually, this IS the forum to talk about diamonds. They are just as valid a topic of discussion as a watch movement or strap/bracelet. Diamonds come on watches. Therefore, they are a valid topic of discussion for those (like me and many others) who enjoy them on their watches.

Michael



*Argument is meant to reveal the truth, not to create it.* - Edward de Bono

**Common_Sense**
☆☆
Member Geek

2281 Points

You have posted in this forum: Mon May 12, 2008 7:27 am  Post subject: Re: Straight answer regarding diamond grade

> Quote: › ‹ Select › ‹ Expand ›
> Actually, this IS the forum to talk about diamonds. They are just as valid a topic of discussion as a watch movement or strap/bracelet. Diamonds come on watches. Therefore, they are a valid topic of discussion for those (like me and many others) who enjoy them on their watches.

I apologize meijin, I didn't mean to offend you. I shoulda read the title of this community forum more carefully.

No rating

**meijin**
★★★★★★★
Owner

40937 Points

You have posted in this forum: Mon May 12, 2008 7:53 am  Post subject: Re: Straight answer regarding diamond grade

You didn't offend me! I just wanted to be clear that this (diamonds) were a valid topic for discussion is all. More and more, diamonds are showing up on watches. So, it is just like discussing MOP...it is a part of the watch. Or, in the case of Renato...onyx. Not typically seen on watches, but since they do use onyx it is a valid topic for discussion.

Michael

*Argument is meant to reveal the truth, not to create it.* - Edward de Bono

No rating

**Wired1**
☆☆☆
Senior Geek
5840 Points

You have posted in this forum: Mon May 12, 2008 8:16 am  Post subject: Re: Straight answer regarding diamond grade

Thanks for your support, Fountain! And yes, I should hope it is obvious to everyone that I love Renato! =}

If diamonds are OK to discuss, then I will. I just will not discuss the Renato diamonds until (if ever) it is appropriate and approved by the leaders of this forum.

It's a great place and I really like Jim, Michael, and everyone here too much to cause any strife. =)

If anyone has a specific diamond question, feel free to PM me. I will be happy to assist!

Thanks!
Wired =}

No rating

**meijin**
★★★★★★★
Owner

40937 Points

You have posted in this forum: Mon May 12, 2008 8:34 am  Post subject: Re: Straight answer regarding diamond grade

Just to clarify...it is not that diamonds on Renato pieces are not open for discussion. In this particular situation (diamonds, case back wording and the like brought up by the OP), Jim asked everyone to wait for the release from Renato when the lawyers are done doing their thing.

Michael



*Argument is meant to reveal the truth, not to create it.* - Edward de Bono

**Wired1**
★ ★ ★
**Senior Geek**
**5840 Points**

You have posted in this forum: Mon May 12, 2008 10:07 am   Post subject: Re: Straight answer regarding diamond grade

Thanks for the clarification, Michael.

=)

Display posts from previous:  **All Posts**  ·  **Oldest First**

WatchGeeks Forum Index  » ShopNBC Watch Brands » Renato » Straight answer regarding diamond grade

Latest ratings

You **cannot** post new topics in this forum
You **cannot** reply to topics in this forum
You **cannot** edit your posts in this forum
You **cannot** delete your posts in this forum
You **cannot** vote in polls in this forum
You **cannot** attach files in this forum
You **can** download files in this forum

Jump to:  |  --Renato

Home • Forum • Check your PM • Register • Log in       • Chat Room

MyCookies Manager

Lo-Fi Version

Protected by phpBB Security © phpBB-Amod :: **phpBB Security** © Has Blocked **19** Exploit Attempts.

:: Forum Powered by phpBB © 2001, 2006 phpBB Group ::
:: Theme dark, by Helter Skelter ::
:: All times are GMT - 6 Hours ::

[Page generation time: 1.0627s (PHP: 85% | SQL: 15%) | SQL queries: 177 | GZIP disabled | Debug on]

*You're not kiddin'!*

_____

*Sat Jun 07, 2008 2:44 pm*

*Diamond Guy*
*Quartz*

*Joined: Mon Apr 14, 2008 7:46 pm*
*Posts: 44*
*Location: albany, ny Re: Renato claiming clarity and color of diamonds again*
*RC...*

*If you believe them all I will tell you is that you are making a big mistake. And when they are on tv again next weekend I will be curious to see that they still are not mentioning the color and clarity. I bet they they will say white and sparkling but specific color and clarity...no way in heck....*

*Remember RC............BUYER BE VERY AWARE OF RENATOS SPECIFIC DIAMOND CLAIMS IF THEY MAKE THEM ON SHOP NBC....it's your money....do what you want...at least you cannot say you weren't warned.*

*RC..tell me why that is neat if they are not telling you the truth.*

*Sat Jun 07, 2008 5:17 pm*

*mikiehorn*
*Admin Team*

*Joined: Fri Jul 22, 2005 11:58 pm*
*Posts: 9513*
*Location: Tracy,CA Re: Renato claiming clarity and color of diamonds again*
*Folks on "both or all sides" - I'd like to take the time to have a say - that any and all 'critical posts' brought forth on BDWF are meant as constructive criticism. This isn't a football game where we all go home and talk about whose team won and lost - this is about spending hard earned dollars on merchandise that should be sold as it is portrayed. "Defending" or "Bashing" are not in anyway constructive ways to get a certain vendor, seller, manufacturer or assembler to change their habits or business practices and I'm sure all of our members would rather see a constructive change in the ways certain companies do business rather than just booing or cheering - which gets no one anywhere.*

*We need to keep these threads open on the slim chance a company who only posts in a controlled environment on that other forum might see what damage has been done to their reputation on essentially unnecessary quality claims. As we have no advertising dog in this hunt (although I'm sure the opportunity was offered) we still want to do the right thing by keeping our BDWF members informed as possible consumers.*

*Please keep your posts depersonalized to at least the 'friendly stage' - and factual. We will gladly keep any thread open that covers new ground and informs our membership about purchasing 'smart' as an informed consumer.*

*In the case of Renato - someone had their a$$ handed to them and must change their ad copy as well as what goes into or on the watch(es) in question. What's done is done - what comes next is or will be indicative as to whether a lesson was learned by Mr. Mink and company - or not.*

*With shipping snafus compounding and coming on the heels of this diamond incident - I'm sure the lawyers and suits from shopnbc are meeting with the lawyers and suits of Renato to make sure this doesn't happen again. Mistakes in business will happen. Whether they were purposely made to deceive the public or accidental - damage to the brand reputation has been done as well as to the conduct of their sole source of distribution - ShopNBC. Buyers should always be informed of the facts and be free to make their own decisions on who to purchase from and why. No company will change their*

4

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

08-60884

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**

Renato Watches, Inc.

**DEFENDANTS**

Howard Bernstein, and Does 1-10

CIV-COHN

**(b)** County of Residence of First Listed Plaintiff   Broward, Florida
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Albany, New York
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

MAGISTRATE
SELTZER

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

ROTHSTEIN ROSENFELDT ADLER
401 East Las Olas Boulevard, Suite 1650
Fort Lauderdale, Florida 33301
(954) 522-3456

Attorneys (If Known)

0:08CV60884 JIC/BSS

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☑ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

| **II. BASIS OF JURISDICTION** (Place an "X" in One Box Only) | **III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only) | |
|---|---|---|

FILED by _____ D.C.

JUN 1 0 2008

| | | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|
| ☐ 1 U.S. Government Plaintiff | ☑ 3 Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| ☐ 2 U.S. Government Defendant | ☐ 4 Diversity (Indicate Citizenship of Parties in Item III) | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| | | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☒ 840 Trademark | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. Security | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization | | Under Equal Access to Justice |
| | Employment | ☐ 550 Civil Rights | Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien | | ☐ 950 Constitutionality of State |
| | Other | | Detainee | | Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | |
| | | | Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Re-filed- (see VI below)  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):

a) Re-filed Case ☐ YES ☐ NO      b) Related Cases ☐ YES ☐ NO

JUDGE _____   DOCKET NUMBER _____

**VII. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):

Product Disparagement/Trade Libel under the Lanham Act, 15 U.S.C. §1125 et seq

LENGTH OF TRIAL via _____ days estimated (for both sides to try entire case)

| **VIII. REQUESTED IN COMPLAINT:** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | **DEMAND $** 1,000,000.00 | CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No |
|---|---|---|---|

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD

DATE  6/10/08

FOR OFFICE USE ONLY

AMOUNT  350.00    RECEIPT #  543379    IFP

JS 44 Reverse (Rev. 02/08)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.        **(a) Plaintiffs-Defendants**. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

(d) Choose one County where Action Arose.

II.        **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.        **Residence (citizenship) of Principal Parties**. This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.        **Nature of Suit**. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.        **Origin**. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States District Courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Refiled (3) Attach copy of Order for Dismissal of Previous case. Also complete VI.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.        Related/Refiled Cases. This section of the JS 44 is used to reference related pending cases or re-filed cases. Insert the docket numbers and the corresponding judges name for such cases.

VII.        **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**        Example:        U.S. Civil Statute: 47 USC 553
                Brief Description: Unauthorized reception of cable service

VIII.        **Requested in Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**Date and Attorney Signature**. Date and sign the civil cover sheet.